IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN S. WEETH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 05-533 |

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

DATED: July 28, 2005

| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ James L. Holzman | /s/ Richard L. Horwitz |
| James L. Holzman (DE Bar #663) | Richard L. Horwitz (DE Bar #2246) |
| jlholzman@prickett.com | W. Harding Drane, Jr. (DE Bar #1023) |
| David W. Gregory (DE Bar #4408) | rhorwitz@potteranderson.com |
| dwgregory@prickett.com | Hercules Plaza |
| 1310 King Street | 1313 N. Market Street |
| P.O. Box 1328 | P.O. Box 951 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 888-6500 | Phone: (302) 984-6000 |
| Facsimile: (302) 658-8111 | Facsimile: (302) 658-1192 |

Of Counsel:                                    Of Counsel:

JOHNS, FLAHERTY & COLLINS, S.C.                BINGHAM McCUTCHEN LLP
Joseph G. Veenstra                             David M. Balabanian
joe@johnsflaherty.com                          david.balabanian@bingham.com
205 Fifth Avenue South, Suite 600              Christopher B. Hockett
P. O. Box 1626                                 chris.hockett@bingham.com
LaCrosse, WI 54602-1626                        Joy K. Fuyuno
Telephone: (608) 784-5678                      joy.fuyuno@bingham.com
Facsimile: (608) 784-0557                      Three Embarcadero Center
                                               San Francisco, CA 94111-4067
Attorneys for Plaintiff                        Telephone: (415) 393-2000
ROBIN S. WEETH                                 Facsimile: (415) 393-2286

                                               Richard A. Ripley
                                               richard.ripley@bingham.com
                                               1120 20th Street, N.W., Suite 800
                                               Washington, D.C. 20036
                                               Telephone: (202) 778-6101
                                               Facsimile: (202) 393-6929

                                               Attorneys for Defendant
                                               INTEL CORPORATION


SO ORDERED this ____ day of _____, 2005.


                                               _____
                                               United States District Judge

692519