# Exhibit A

Case 1:05-cv-00533-JJF    Document 5-2    Filed 11/10/2005    Page 1 of 2

**Attachment to Civil Cover Sheet**

**VII.  RELATED CASE(S) IF ANY:**

| | |
|---|---|
| 1:05-cv-00470-JJF | 1:05-cv-00533-JJF |
| 1:05-cv-00473-JJF | 1:05-cv-00537-JJF |
| 1:05-cv-00476-JJF | 1:05-cv-00539-JJF |
| 1:05-cv-00478-JJF | 1:05-cv-00540-JJF |
| 1:05-cv-00485-JJF | 1:05-cv-00541-JJF |
| 1:05-cv-00488-JJF | 1:05-cv-00544-JJF |
| 1:05-cv-00489-JJF | 1:05-cv-00547-JJF |
| 1:05-cv-00490-JJF | 1:05-cv-00554-JJF |
| 1:05-cv-00505-JJF | 1:05-cv-00556-JJF |
| 1:05-cv-00508-JJF | 1:05-cv-00557-JJF |
| 1:05-cv-00509-JJF | 1:05-cv-00558-JJF |
| 1:05-cv-00510-JJF | 1:05-cv-00560-JJF |
| 1:05-cv-00515-JJF | 1:05-cv-00575-JJF |
| 1:05-cv-00519-JJF | 1:05-cv-00616-JJF |
| 1:05-cv-00520-JJF | 1:05-cv-00617-JJF |
| 1:05-cv-00521-JJF | 1:05-cv-00627-JJF |
| 1:05-cv-00522-JJF | 1:05-cv-00672-JJF |
| 1:05-cv-00526-JJF | 1:05-cv-00674-JJF |
| 1:05-cv-00531-JJF | 1:05-cv-00686-JJF |
| 1:05-cv-00532-JJF | 1:05-cv-00710-JJF |